1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10   NATHAN MCKINNEY,              )      CASE NO. CV 02-4493-MMM (PJW)
                                   )
11                Petitioner,      )
                                   )      J U D G M E N T
12        v.                       )
                                   )
13   ERNEST ROE, WARDEN,           )
                                   )
14                Respondent.      )
     _____)

15

16        Pursuant to the Order Accepting Findings, Conclusions, and

17   Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is denied and this action is

19   dismissed with prejudice.

20

21        DATED:    September 23, 2012.

22

23

24                                      MARGARET M. MORROW
                                        UNITED STATES DISTRICT JUDGE
25

26

27

28   C:\Temp\notesE1EF34\CV 02-04493-J.wpd