1
2
3                                                              JS-6
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10  NATHAN MCKINNEY,                )    CASE NO. CV 02-4493-ODW (PJW)
                                    )
11                Petitioner,       )
                                    )    J U D G M E N T
12           v.                     )
                                    )
13  RONALD DAVIS, WARDEN,           )
                                    )
14                Respondent.       )
                                    )
15  _____
16        Pursuant to the Order Accepting Findings, Conclusions, and
17  Recommendations of United States Magistrate Judge,
18        IT IS ADJUDGED that the Petition is denied and this action is
19  dismissed with prejudice.
20
          DATED: June 26, 2017
21
22
23
                                    _____
24                                  OTIS D. WRIGHT, II
                                    UNITED STATES DISTRICT JUDGE
25
26
27
28